# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAURIE BORNSTEIN, | 2:12-cv-00431-KJD-VCF |
| Plaintiff, | **MINUTE ORDER** |
| vs. | [Emergency Motion to Modify Discovery |
| WAL-MART STORES, INC., *et al.*, | Plan (#12)] |
| Defendants. | |

Before the Court is Plaintiff's Emergency Motion to Modify Discovery Plan (#12).

IT IS HEREBY ORDERED that the opposition to Plaintiff's Emergency Motion to Modify Discovery Plan (#12) is due on or before Friday, September 7, 2012.

DATED this 4th day of September, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE