# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| LAURIE BORNSTEIN, | 2:12-cv-00431-KJD-VCF |
| Plaintiff, | **MINUTE ORDER** |
| vs. | |
| WAL-MART STORES, INC., *et al.*, | |
| Defendants. | |

Before the Court is Laurie Bornstein v. Wal-Mart Stores, Inc., case no. 2:12-cv-00431-KJD-VCF.

On January 18, 2013, the Court was informed that the parties have reached a settlement.

IT IS HEREBY ORDERED that the settlement conference currently scheduled for March 26, 2013 at 10:00 a.m. is VACATED and the Stipulation for Dismissal must be filed on or before May 31, 2013.

DATED this 22nd day of January, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE